(Del. Rev. 11/14) Pro Se General Complaint Form

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Anthony Micheal Banks JR

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

Santander Consumer USA INC.

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)_

Civ. Action No. 26 - 22

(To be assigned by Clerk's Office)

## COMPLAINT
### (Pro Se)

Jury Demand?
☒ Yes
☐ No



---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se General Complaint Form

## I. PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: Banks, Anthony, Micheal
Name (Last, First, MI)

607 S Arch St
Street Address

Sussex  Seaford          DE          19973
County, City            State       Zip Code

_____          _____
Telephone Number        E-mail Address (if available)

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: Santhander Consumer USA INC
Name (Last, First)

5201 Ruff Snow drive
Street Address

North Ridgelan    Texas    76161
County, City       State    Zip Code

Defendant 2: _____
Name (Last, First)

_____
Street Address

_____   _____    _____
County, City     State     Zip Code

Page **2** of **8**

(Del. Rev. 11/14) Pro Se General Complaint Form

**Defendant(s) Continued**

Defendant 3: _____
                     Name (Last, First)

_____
Street Address

_____
County, City          State          Zip Code


Defendant 4: _____
                     Name (Last, First)

_____
Street Address

_____
County, City          State          Zip Code


## II. BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☒ **Federal Question:** Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

Venue is proper in this District pursuant to 28 U.S.C. § 1331 Because Plaintiff Resides in Delaware and the Credit Reporting and Consumer harm occurred ~~in this matter~~. in this District.

Page 3 of 8

(Del. Rev. 11/14) Pro Se General Complaint Form

## III. VENUE

*This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

Venue is proper in this District pursuant to 28 U.S.C. § 1331 Because Plaintiff Resides in Delaware and Credit Reporting and Consumer harm occurred in This District.

## IV. STATEMENT OF CLAIM

Place(s) of occurrence: All 3 Credit Reporting Companies

Date(s) of occurrence: Multiple diffrent dates ongoing problems

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

See Attached form for full Details and Violations

What happened to you?

(Del. Rev. 11/14) Pro Se General Complaint Form

Was anyone else involved?

(Del. Rev. 11/14) Pro Se General Complaint Form

Who did what?

(Del. Rev. 11/14) Pro Se General Complaint Form

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

I brought an LLC and constantly getting denied due to there failure to report correctly after problem was brought to their attention.

## VI. RELIEF

The relief I want the court to order is:

☒ Money damages in the amount of: $ 317,000,00 Three hundred seventeen Thousand Dollars

☐ Other (explain):

Statutory damages under TILA and FCRA
$ (15 USC 31640) (15 USC 31681)
Actual damages for credit denial, Increased Borrowing costs, and emotional distress. Punitive damages for willful misconduct Treble damages under Delaware Consumer fraud Act.
Court cost and equitable relief deletion of Tradelines

Page 7 of 8

(Del. Rev. 11/14) Pro Se General Complaint Form

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

1/9/26
Dated

Plaintiff's Signature

Bowkes, Anthony Micheal
Printed Name (Last, First, MI)

607 S Arch St    Seaford    DE    19973
Address          City       State Zip Code

3025485494
Telephone Number

BowkesProductions8@Gmail.com
E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE



ANTHONY MICHAEL BANKS JR., Plaintiff

v.

SANTANDER CONSUMER USA INC., Defendant

26 - 22

## CIVIL COMPLAINT (PRO SE)

### INTRODUCTION
This is a consumer protection and predatory lending action arising under the Truth in Lending Act (15 U.S.C. §1601 et seq.), the Fair Credit Reporting Act (15 U.S.C. §1681 et seq.), the Fair Debt Collection Practices Act (15 U.S.C. §1692 et seq.), and related Delaware consumer protection laws. Defendant Santander Consumer USA Inc. engaged in unlawful lending practices, failed to provide accurate disclosures, misreported credit information, and charged off an automobile loan in violation of federal and state law.

### JURISDICTION AND VENUE
1. This Court has subject matter jurisdiction under 28 U.S.C. §1331 because Plaintiff's claims arise under federal statutes including TILA, FCRA, and FDCPA.
2. This Court has supplemental jurisdiction over state law claims under 28 U.S.C. §1367.
3. Venue is proper in this District pursuant to 28 U.S.C. §1391 because Plaintiff resides in Delaware and the credit reporting and consumer harm occurred in this District.

### PARTIES
4. Plaintiff Anthony Michael Banks Jr. is a natural person residing in Seaford, Delaware.
5. Defendant Santander Consumer USA Inc. is a nationwide auto lender and furnisher of credit information that conducts substantial business in Delaware.

### FACTUAL ALLEGATIONS
6. In or about February 2023, Plaintiff entered into an automobile retail installment contract financed by Defendant.
7. Defendant failed to provide clear and accurate disclosures regarding the finance charge, total of payments, and payment application as required by TILA.
8. Defendant extended credit without reasonable consideration of Plaintiff's ability to repay, constituting predatory and unfair lending practices.
9. Defendant reported the account as charged-off with inconsistent balances and dates, despite ongoing disputes, in violation of the FCRA.
10. Defendant failed to conduct a reasonable investigation after Plaintiff disputed the accuracy of the tradeline.
11. The reporting damaged Plaintiff's credit profile, caused denials of credit, and resulted in emotional distress.

### COUNT I – Truth in Lending Act (15 U.S.C. §1601 et seq.)
12. Defendant failed to make material disclosures clearly and conspicuously.
13. Defendant misstated the amount financed and finance charge.
14. Plaintiff is entitled to statutory damages, actual damages, and rescission where applicable.

### COUNT II – Fair Credit Reporting Act (15 U.S.C. §1681s-2)
15. Defendant furnished inaccurate information to consumer reporting agencies.
16. Defendant failed to conduct a reasonable investigation after notice of dispute.
17. Defendant's conduct was willful and/or negligent, entitling Plaintiff to damages.

### COUNT III – Fair Debt Collection Practices Act (15 U.S.C. §1692)
18. Defendant used unfair and unconscionable means in connection with collection activity.
19. Defendant attempted to collect amounts not expressly authorized by the agreement or law.

### COUNT IV – Delaware Consumer Fraud Act
20. Defendant engaged in deceptive and unfair practices in trade or commerce.
21. Plaintiff suffered ascertainable losses as a result.

### PRAYER FOR RELIEF
WHEREFORE, Plaintiff respectfully requests that this Court:
a. Award statutory and actual damages;
b. Order correction and deletion of inaccurate credit reporting;
c. Award costs and reasonable fees where permitted by law;
d. Grant such other relief as the Court deems just and proper.

Respectfully submitted,

Anthony Michael Banks Jr.
607 S. Arch St.
Seaford, DE 19973
Pro Se Plaintiff