IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANTHONY MICHAEL BANKS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 26-22-CFC-EGT |
| | ) | |
| SANTANDER CONSUMER USA INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington on this Eighth day of September in 2026, having considered the Report and Recommendation by United States Magistrate Judge Eleanor G. Tennyson filed on August 3, 2026 (D.I. 5), and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

It is HEREBY ORDERED that:

1. The Magistrate Judge's Report and Recommendation (D.I. 5) is **ADOPTED**.

2. The Complaint (D.I. 2) is **DISMISSED WITHOUT PREJUDICE**.

3. Plaintiff is granted leave to file an amended complaint on or before **October 5, 2026**.

Chief Judge